Case 1:16-cv-08264-BCM   Doc #: 25   Filed 04/07/17   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MURSHED QUTAISH,

            Plaintiff,

       vs.

APV VALET PARKING and ALBERT
VUKUDEDAJ, individually

           Defendants.
-------------------------------------------------------------------x

**STIPULATION AND ORDER**

Case No.: 16 CV 8264 (PKC)

IT IS HEREBY STIPULATED, AGREED AND ORDERED, by and between counsel for plaintiff Murshed Qutasish ("Plaintiff") and defendants APV Valet Parking Corp. and Albert Vukudedaj ("Defendants"), that since Defendants have invoked an arbitration agreement signed by Plaintiff, a copy of which is attached, , that the instant action be stayed in favor of arbitration. Notwithstanding the above, Plaintiff does not waive his rights to contest the applicability of the Arbitration Agreement as to the instant lawsuit, as to Plaintiff. Further, every six months, beginning from the date of filing of this stipulation, the parties shall advise the Court of the status of arbitration by filing a status letter with the Court or, in the event that the instant claims are resolved between the parties by settlement, arbitration, or otherwise, that the parties forthwith advise the Court of same.

Dated: March 31, 2016

_____  
Ira Scot Meyerowitz  
MEYEROWITZ LAW FIRM  
295 Madison Avenue, 22 Floor  
New York, New York 10016  
Tel:  (212) 863-4460  

_____ by ISM  
Jodi J. Jaffe  
JAFFE GELNN LAW GROUP, P.A.  
310 N. Harrison Street, Suite 9F #306  
Princeton, NJ 08540  
Tel:  (201) 687-9977  

SO ORDERED:

_____  
Hon. Barbara Moses  
United States Magistrate Court Judge  
4/7/17

The parties are to provide a status update by letter every <u>three</u> months, with the first update due by July 7, 2017.